# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Marla Marie Torres | CASE NO.: 20–22204–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1086 | CHAPTER: 13 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing scheduled for July 29, 2020 in your Chapter 13 bankruptcy case will now be heard on September 9, 2020 at 9:20 AM before the Honorable Sean H. Lane, United States Bankruptcy Court, S.D.N.Y. If you need a hearing prior to this date, please contact Arturo Tavarez, Chapter 13 Specialist, at (914)467–7094.

Because of the COVID19 pandemic, all hearings are now being conducted telephonically until further notice using a service called Court Solutions. Given the large number of parties participating in hearings by telephone, you must register for a telephonic appearance with Court Solutions at least 24 hours in advance of your new hearing date. There are two ways to register with Court Solutions for a telephonic appearance:

1) By Computer: You should go to the Court Solutions website at https://www.courtsolutions.com/. Click on the Signup button and then create an account and register for a telephonic appearance. If you are representing yourself Pro–Se, you may participate telephonically in hearings free of charge using Court Solutions. To do so, please sign up for an account and click the following two boxes: I am not an attorney and Certified Indigent. You must then provide the name of your bankruptcy judge, the case name, and the case number, and you will be given a no–fee account.

2) By Telephone: If you dont have access to a computer, you can register for Court Solutions by calling (917) 7467476. If you are a Pro–Se debtor, please tell the Court Solutions operator that you are not an attorney and that you are Certified Indigent so that you will be able to use the Court Solutions service free of charge. Please be prepared to provide the Court Solutions operator with the name of your bankruptcy judge, the case name, and the case number.

If you have any difficulties with registering for Court Solutions, please contact Arturo Tavarez, Chapter 13 Specialist at (914) 4677094.

Dated: July 16, 2020                                                              Vito Genna
                                                                                   Clerk of the Court